IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SUMIT GARG,                          :     No. 3:25cv2005
                                     :
            **Petitioner**          :     (Judge Munley)
                                     :
    v.                               :
                                     :
WARDEN J. GREENE,                    :
                                     :
            **Respondent**          :

## ORDER

**AND NOW**, to wit, this 30 day of January 2026, upon consideration of the petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2241, and for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that:

1.  The habeas petition (Doc. 1) is **DENIED** and **DISMISSED** as follows:

    a.  The habeas petition challenging the prison disciplinary hearing is **DENIED**.

    b.  The habeas petition challenging petitioner's FSA time credits is **DISMISSED** as moot.

2.  The remaining pending motions (Docs. 12, 16, 17) are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court